UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIA GONZALEZ,<br>Plaintiff,<br>v.<br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br>Defendant. | No. 2:26-cv-00988-DAD-JDP<br><br><u>ORDER TO SHOW CAUSE</u> |

On April 1, 2026, the court set an Initial Scheduling Conference for August 24, 2026 and directed the parties to file a Joint Status Report at least fourteen (14) days prior to the conference which includes a Rule 26(f) discovery plan, with all named parties participating in the preparation and completion of the report. (Doc. No. 7 at 1–2.) On August 11, 2026, defendant filed a status report in which defendant's counsel represents that he attempted to contact plaintiff's counsel "several times via email" to submit a joint status report but plaintiff's counsel did not respond. (Doc. No. 9 at 1.) On August 14, 2026, in light of plaintiff's counsel failure to respond to defendant's counsel, the court reset the initial scheduling conference to September 28, 2026 and directed the parties to file a joint status report by September 14, 2026. (Doc. No. 10.) On September 14, 2026, defendant's counsel filed another status report in which he states that he again attempted to contact plaintiff's counsel "several times via email" to submit a joint status

report but plaintiff's counsel again did not respond. (Doc. No. 11 at 1.) Defendant's counsel further represents that on August 18, 2026, plaintiff accepted defendant's Federal Rule of Civil Procedure 68 Offer of Judgement, but defendant's counsel has been unable to contact plaintiff's counsel to submit a joint notice of settlement. (*Id.* at 3.) Despite this court's orders and defendant's counsel attempts to communicate, plaintiff's counsel has not filed any status report, joint or otherwise, with respect to the Initial Scheduling Conference in this case.

Accordingly, plaintiff's counsel is ORDERED TO SHOW CAUSE in writing no later than October 5, 2026 why this court's orders (Doc. Nos. 7, 10) were not followed and why sanctions should not be imposed upon plaintiff's counsel as a result. In addition, the court continues the Initial Scheduling Conference presently set for September 28, 2026 to November 9, 2026 at 1:30 p.m. before Judge Drozd by Zoom. The parties are directed to submit a joint status report by October 26, 2026.

IT IS SO ORDERED.

Dated: **September 18, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE